IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KNIGHTEN,<br><br>    Plaintiff,<br><br>  v.<br><br>OMNI HOTEL,<br><br>    Defendant.<br>_____/ | No. C 12-02296 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 3/28/2013

                                      CLAUDIA WILKEN<br>                                      United States District Judge

cc: MagRef