1  FOLGER LEVIN LLP
   Lisa M. van Krieken (CSB No. 121808, lvankrieken@folgerlevin.com)
2  Genevieve E. Evarts (CSB No. 226874, gevarts@folgerlevin.com)
   199 Fremont Street, 23rd Floor
3  San Francisco, CA  94105
   Telephone: 415.625.1050
4  Facsimile: 415.625.1091

5  Attorneys for Defendant
   Omni Hotels Management Corporation
6
   LAW OFFICE OF RICHARD M. ROGERS
7  Richard M. Rogers (CSB No. 045843, RogersRMR@yahoo.com)
   100 Bush Street, #1980
8  San Francisco, CA  94104
   Telephone: 415.981.9788
   Facsimile: 415.981.9798
9
   Attorneys for Plaintiff
10 Linda M. Knighten

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. KNIGHTEN,<br><br>  Plaintiff,<br><br>  and<br><br>OMNI HOTEL, AND DOES 1 THROUGH 5, INCLUSIVE,<br><br>  Defendants. | **CASE NO. C 12-02296 CW**<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRETRIAL DEADLINES**<br><br>Complaint Filed:  April 5, 2012<br><br>Removal to USDC:  April 19, 2012<br><br>Trial Date: October 15, 2013 |

WHEREAS, a hearing was held on May 16, 2013 on the Motion for Summary Judgment filed by Defendant Omni Hotels Management Corporation ("Defendant");

WHEREAS, at the May 16 hearing, the Court indicated that it might be inclined to grant Defendant's Motion for Summary Judgment as to some or all of the claims asserted by Plaintiff Linda Knighten ("Plaintiff');

WHEREAS, under the current Pre-Trial Order, the deadline for exchanging various pre-trial materials is September 4, 2013;

| | |
|---|---|
| 1 | WHEREAS, pending the Court's ruling on Defendant's Motion for Summary Judgment, the parties wish to avoid incurring significant fees and costs associated with pre-trial preparation; |

WHEREAS, pending the Court's ruling on Defendant's Motion for Summary Judgment, the parties wish to avoid incurring significant fees and costs associated with pre-trial preparation;

THE PARTIES HEREBY STIPULATE, by and through their counsel, as follows:

1. The Court's current pre-trial deadlines set forth in the Pre-Trial Order dated August 8, 2012, are hereby suspended pending the Court's ruling on Defendant Motion for Summary Judgment.

2. To the extent any of Plaintiff's claims remain following the issuance of the Court's ruling on Defendant's Motion for Summary Judgment, within 7 calendar days of the Court's ruling, the parties shall meet and confer and submit a new pre-trial schedule for the Court's consideration and approval.

Dated: August 21, 2013				FOLGER LEVIN LLP

					*/s/ Lisa M. van Krieken*
					LISA M. VAN KRIEKEN
					Attorneys for Defendant
					Omni Hotels Management Corporation

Dated: August 21, 2013				LAW OFFICE OF RICHARD M. ROGERS

					*/s/ Richard M. Rogers*
					RICHARD M. ROGERS
					Attorneys for Plaintiff

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: August 21, 2013				FOLGER LEVIN LLP

					*/s/ Lisa M. van Krieken*
					LISA M. VAN KRIEKEN
					Attorneys for Defendant
					Omni Hotels Management Corporation

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/22/2013

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

813328.1