IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA KNIGHTEN,

  Plaintiff,

 v.

OMNI HOTEL,

  Defendants.

_____/

No. C 12-2296 CW

ORDER DIRECTING
PLAINTIFF TO FILE
DEPOSITION EXCERPT

  On April 29, 2013, Plaintiff Linda Knighten submitted her declaration in opposition to Defendant Omni Hotel's motion for summary judgment.  In the declaration, Knighten asserts that she collected hotel guest logs "in the course of [her] work as Shop Steward."  Docket No. 35, Declaration of Linda Knighten ¶ 9.  She then cites parenthetically to an eleven-page excerpt from the transcript of her deposition.  Id. ("See, my deposition, pp. 162:1-173:25.").  Plaintiff failed to submit a copy of this excerpt to the Court.

  Accordingly, within two days of this order, Plaintiff is directed to file the eleven-page excerpt of her deposition transcript that she cites in her declaration.  Plaintiff may not include further argument on Omni's motion for summary judgment with this filing.

  IT IS SO ORDERED.

Dated: 8/26/2013

CLAUDIA WILKEN
United States District Judge