FOLGER LEVIN LLP
Lisa M. van Krieken (CSB No. 121808, lvankrieken@folgerlevin.com)
Genevieve E. Evarts (CSB No. 226874, gevarts@folgerlevin.com)
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendant
Omni Hotels Management Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LINDA M. KNIGHTEN, | CASE NO. C 12-02296 CW |
| Plaintiff, | Complaint Filed: April 5, 2012<br>Removal to USDC: April 19, 2012 |
| v. | [PROPOSED] JUDGMENT |
| OMNI HOTEL, and DOES 1 through 5, inclusive, | |
| Defendants. | |

This action came on for hearing before the Court on May 23, 2013, Hon. Claudia Wilken, District Judge, presiding, on Defendant's Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard, and the Court having duly rendered its Order dated August 28, 2013, granting Defendant's Motion,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that Defendant Omni Hotels Management Corporation recover its costs.

Dated: August 30, 2013

_____
The Honorable Claudia Wilken
United States District Judge

814314.1